IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 2 5 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

CLAYTON ELDEN HARRISON,
      Plaintiff,

-vs-

BHASKAR PATEL, General Manager of Trikeku Hospitality, Inc.; HOLIDAY INN EXPRESS HOTEL & SUITES; and ARTHUR NEWTON, Assistant Manager of Holiday Inn Express Hotel & Suites,
      Defendants.

Case No. A-12-CA-943-SS

### ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and thereafter, enters the following:

On October 12, 2012 Clayton Elden Harrison filed this lawsuit against "Bhaskar Patel, General Manager of Trikeku Hospitality, Inc.; Holiday Inn Express Hotel & Suites; and Arthur Newton, Assistant Manager of Holiday Inn Express Hotel & Suites." Mr. Harrison paid the required filing fee. However, he did not obtain from the Clerk summons and proceed to serve the defendants with the appropriate summons and copies of his complaint. Under the Federal Rules of Civil Procedure and federal statutes, he has only a limited time to serve the defendants or his case will be dismissed.

Therefore, the Clerk is ORDERED to send a copy of this order to Mr. Harrison at his stated address, 2000 S. Lakeline Blvd., #336, Cedar Park, Texas 78613. If Mr. Harrison wishes this case

to proceed, he must obtain summons and make appropriate arrangements for personal service on the persons or corporations he desires to sue.

SIGNED this the 24th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE